**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-6693**

───────────

ERNEST EUGENS PICKETT,

                    Plaintiff – Appellant,

          v.

MR. MARVIN BROWN; MR. SCOTTIE THOMPSON; HON. MS. E. JOINER;
MR. GARY C. LEMEL,

                    Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Richard Mark Gergel, District
Judge.  (4:13-cv-00496-RMG)

───────────

Submitted:  August 29, 2013        Decided:  September 4, 2013

───────────

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Ernest Eugens Pickett, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Eugens Pickett appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Pickett's 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  Pickett v. Brown, No. 4:13-cv-00496-RMG (D.S.C. Apr. 16, 2013).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED